# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Margaret Edwards,

        Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                                    3:12-cv-607

North Carolina Department of Commerce,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 2, 2012 Order.

                                              Signed: November 2, 2012

                                              Frank G. Johns, Clerk
                                              United States District Court