# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Margaret Edwards,

    Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                        3:12-cv-607

North Carolina Department of Commerce,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 2, 2012 Order.

Signed: November 2, 2012

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court